# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | Master Docket No. 1:12-cv-10064 | |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 | |
| CONSUMER PROTECTION ACT ) | | |
| LITIGATION ) | | |
| This document relates to: ) | | |
| ) | | |
| RAYMOND ALVANDI, ) | Case No: 1:13-cv-03607 | |
| ) | | |
| v. ) | | |
| ) | | |
| CAPITAL ONE BANK (USA), N.A.; ) | | |
| and DOES 1-10, inclusive. ) | | |
| ) | | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Raymond Alvandi v. Capital One Bank (USA), N.A.13 C 3607* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: September 3, 2014

*[signature]*
JAMES F. HOLDERMAN
United States District Judge